# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 4, 2013

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

ANN C. WILLIAMS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 13-1256

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff-Appellee*,<br><br>  *v.*<br><br>DARIUS R. HOWARD,<br>  *Defendant-Appellant*. | Appeal from the United States District Court for the Western District of Wisconsin.<br><br>No. 12-CR-83-BBC<br><br>Barbara B. Crabb,<br>*Judge*. |

**O R D E R**

Counsel for defendant Howard has called the court's attention to several needed corrections in the opinion issued on August 30, 2013. The opinion is hereby amended as follows:

Page 1, third line, delete "of crack" so that phrase reads "possession of cocaine with intent to distribute."

Page 3, first full paragraph, four lines from end, delete "crack" so that phrase reads "found 11 grams of cocaine in a sandwich bag in his pocket."

Page 4, second full paragraph, last line, delete "crack" so that phrase reads "contained half an ounce of cocaine."

Page 5, first full paragraph, second line, delete "crack" so that phrase reads "moved to suppress the cocaine and the statements he made to the police following his arrest."

Page 16, top carryover paragraph, last sentence, delete "crack" and insert "cocaine" so that sentence reads: "The cocaine would have been discovered, then, independent of any arguable violation involved in the second frisk."